IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ABEL J. DEDEAUX**                                           **PETITIONER**

**VERSUS**                                        **CIVIL ACTION NO.  1:08cv101-LG-JMR**

**LAWRENCE KELLY**                              **RESPONDENT**

### FINAL JUDGMENT OF DISMISSAL

This matter having come on to be heard on the Report and Recommendation of Chief United States Magistrate Judge John M. Roper, Sr. [8] , the Court, after review and consideration of the Report and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Report and Recommendation of Chief Magistrate Judge John M. Roper, Sr., entered on August 20, 2008, be, and the same hereby is, adopted in part and modified in part as the finding of this Court.  This cause is hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 27th day of October, 2008.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE

Case 1:08-cv-00101-LG-JMR   Document 15   Filed 10/27/08   Page 2 of 2